UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MARKS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; WHITTIER INSTITUTE FOR DIABETES; LISA RIVARD; and DOES 1 through 50, inclusive, <br><br> Defendants. | Civil No. 06cv2807-LAB (BLM) <br><br> **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On June 1, 2007 at 9:00 a.m., the Court convened a telephonic Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Richard Prager on behalf of Plaintiff and David Wallace on behalf of Defendant United States of America.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections

1 | to initial disclosure will be resolved as required by Rule 26;

2 |     2.   The Rule 26(f) conference shall be completed on or
3 | before **June 15, 2007**;

4 |     3.   A joint discovery plan shall be <u>lodged</u> with Magistrate
5 | Judge Barbara L. Major on or before **June 22, 2007**;

6 |     4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
7 | occur on or before **June 29, 2007**; and,

8 |     5.   A Case Management Conference pursuant to Rule 16(b)
9 | shall be held on **July 9, 2007** at **1:15 p.m.**, or as soon thereafter as
10 | the Court's calendar will allow, with the chambers of Magistrate
11 | Judge Major.  **Counsel shall appear telephonically.**  The Court will
12 | initiate the conference call.

13 |     Parties are hereby warned that failure to comply with this
14 | Order may result in the imposition of sanctions.  Additionally,
15 | failure to respond to discovery requests or to comply with the
16 | Federal Rules of Civil Procedure regarding discovery may result in
17 | the imposition of sanctions including monetary sanctions, eviden-
18 | tiary sanctions and the dismissal or default of your case.

19 |     **IT IS SO ORDERED.**

21 | Dated: <u>June 1, 2007</u>

22 |     BARBARA L. MAJOR
    United States Magistrate Judge

24 | COPY TO:

25 | HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

26 | ALL COUNSEL AND PARTIES