# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MARKS,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br>WHITTIER INSTITUTE FOR DIABETES;<br>LISA RIVARD; and DOES 1 through 10<br>inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06cv2807-LAB (BLM)<br><br>**ORDER AMENDING ORDER OF DISMISSAL OF DEFENDANTS WHITTIER INSTITUTE FOR DIABETES AND LISA RIVARD** |

On August 23, 2007, Plaintiff and Defendants Whittier Institute for Diabetes ("Whittier") and Lisa Rivard ("Rivard") jointly moved *ex parte* for dismissal the complaint as to Defendants Whittier and Rivard only. On August 31, 2007, the Court issued an order of dismissal but did not specify whether dismissal was with prejudice. The Court now hereby **AMENDS** its order of August 31, 2007 to specify that Defendants Whittier Institute for Diabetes and Lisa Rivard are dismissed with prejudice, as stipulated by the parties.

**IT IS SO ORDERED**.

DATED: September 5, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge